UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Enrique Vargas

Case No.: 17-34603
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __03/20/18__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 3220 Juniper Court, Unit 65-8<br>Mays Landing, NJ<br>Value $23,000.00 |
|---|---|

| Liens on property: | Carrington Mortgage<br>$197,248.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

_rev.8/1/15_

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34603-ABA
Enrique Vargas                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Feb 15, 2018
                              Form ID: pdf905          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db              +Enrique Vargas,    3220 Juniper Ct.,    Mays Landing, NJ 08330-2910
517216132        Atlantic-Probation,    Attn: Child Support Tax Offset Unit,    PO Box 5129,
                  Atlantic City, NJ 08404-5129
517216133       +Bank of America Home Loans,    Po Box 31785,    Tampa, FL 33631-3785
517216134       +Bethany R. Valencia,    33 Mattix Run,    Galloway, NJ 08205-3504
517216135       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
517216136       +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517216138       +Comenitycapital/biglot,    3100 Easton Square Pl,    Columbus, OH 43219-6232
517216141       +I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
517216144       +Rickart Collection Systems, Inc,    575 Milltown Rd PO Box 7242,
                  North Brunswick, NJ 08902-7242
517216145       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517216147       +Woodlands Community Association,    2500 Woodlands Drive,    Mays Landing, NJ 08330-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2018 21:55:45      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2018 21:55:45      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517216131       +E-mail/Text: bankruptcy@pepcoholdings.com Feb 15 2018 21:55:41      Atlantic City Electric,
                  PO Box 13610,    Philadelphia, PA 19101-3610
517216137       +E-mail/Text: bankruptcy@cavps.com Feb 15 2018 21:55:50      Cavalry SPV I, LLC,
                  500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
517216139       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 15 2018 21:55:56
                  Credit Collection Service,    725 Canton St.,    Norwood, MA 02062-2679
517216140       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 15 2018 21:55:52
                  Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                  Jacksonville, FL 32255-1268
517216142        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 22:04:20
                  Portfolio Recovery Associates LLC,    Disputes Dept.,   140 Corporate Blvd,    Norfolk, VA 23502
517216143        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 22:04:14
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23541
517216146       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 21:58:49      SYNCB/Lowes,   PO Box 965005,
                  Orlando, FL 32896-5005
517217775       +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 21:58:49      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Francis P. Cullari    on behalf of Debtor Enrique  Vargas cullari@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5