**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Enrique Vargas | Social Security number or ITIN  xxx–xx–5157 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34603–ABA | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Enrique Vargas

3/16/18                                                    **By the court:**  Andrew B. Altenburg Jr.
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                      Case No. 17-34603-ABA
Enrique Vargas                                              Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Mar 16, 2018
                               Form ID: 318             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db             +Enrique Vargas,    3220 Juniper Ct.,    Mays Landing, NJ 08330-2910
cr             +Santander Consumer USA, Inc.,    c/o Stewart, Zliment & Jungers,    2860 Patton Road,
                 Roseville, MN 55113-1100
517216132       Atlantic-Probation,    Attn: Child Support Tax Offset Unit,    PO Box 5129,
                 Atlantic City, NJ 08404-5129
517216134      +Bethany R. Valencia,    33 Mattix Run,    Galloway, NJ 08205-3504
517216136      +Carrington Mortgage Service. Llc,    Po Box 3489,    Anaheim, CA 92803-3489
517216144      +Rickart Collection Systems, Inc,    575 Milltown Rd PO Box 7242,
                 North Brunswick, NJ 08902-7242
517216147      +Woodlands Community Association,    2500 Woodlands Drive,    Mays Landing, NJ 08330-2935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Mar 17 2018 02:33:00     Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2018 22:46:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2018 22:46:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517216131      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 16 2018 22:46:12     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517216133      +EDI: BANKAMER.COM Mar 17 2018 02:28:00     Bank of America Home Loans,    Po Box 31785,
                 Tampa, FL 33631-3785
517216135      +EDI: CAPITALONE.COM Mar 17 2018 02:28:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517216137      +E-mail/Text: bankruptcy@cavps.com Mar 16 2018 22:46:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
517216138      +EDI: WFNNB.COM Mar 17 2018 02:33:00     Comenitycapital/biglot,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
517216139      +EDI: CCS.COM Mar 17 2018 02:33:00     Credit Collection Service,    725 Canton St.,
                 Norwood, MA 02062-2679
517216140      +EDI: DCI.COM Mar 17 2018 02:33:00     Diversified Consultants, Inc.,
                 Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
517216141      +EDI: IIC9.COM Mar 17 2018 02:33:00      I C System,    Po Box 64378,    Saint Paul, MN 55164-0378
517216142       EDI: PRA.COM Mar 17 2018 02:33:00     Portfolio Recovery Associates LLC,    Disputes Dept.,
                 140 Corporate Blvd,    Norfolk, VA 23502
517216143       EDI: PRA.COM Mar 17 2018 02:33:00     Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk, VA 23541
517216146      +EDI: RMSC.COM Mar 17 2018 02:28:00     SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
517216145      +EDI: DRIV.COM Mar 17 2018 02:34:00     Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
517217775      +EDI: RMSC.COM Mar 17 2018 02:28:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Mar 16, 2018
                               Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:

          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Francis P. Cullari    on behalf of Debtor Enrique   Vargas cullari@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                           TOTAL: 6

Case 17-34603-ABA    Doc 18    Filed 03/18/18    Entered 03/19/18 00:39:01    Desc Imaged
Certificate of Notice    Page 4 of 4